**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 16, 2010**


Mr. Donald H. Henry
Mitchell, Williams, Selig, Gates & Woodyard, PLLC - LR
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

    Re: *Peace v. American Home Mortgage, Inc., et al.*, 4:10CV00052-WRW.

Dear Counsel:

Please reply to Plaintiff's response to your Motion to Dismiss by noon, February 23, 2010.


        Cordially,

        /s/ Wm. R. Wilson, Jr.


Original to the Clerk of the Court
cc: Other Counsel of Record