IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIMBERLY A. PEACE and
LAWRENCE PEACE                                                          PLAINTIFFS

vs.                                    4:10CV000052-WRW

AMERICAN HOME MORTGAGE INC.;
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; HBC BANK USA, N.A., AS
TRUSTEE ON BEHALF OF ACE SECURITIES
CORP. HOME EQUITY LOAN TRUST AND
FOR THE REGISTERED HOLDERS OF ACE
SECURITIES CORP. HOME EQUITY LOAN
TRUST SERIES 2007-ASAP2, ASSET BACKED
PASS-THROUGH CERTIFICATES; and
OCWEN LOAN SERVICING, LLC;                                              DEFENDANTS

## ORDER

Pending is Defendants' Motion to Dismiss (Doc. No. 6), and Plaintiff's Motion to

Dismiss (Doc. No. 13). Both motions are GRANTED, and all of Plaintiff's claims are

DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of March, 2010.


                                                /s/Wm. R. Wilson, Jr.
                                          UNITED STATES DISTRICT JUDGE